■ Joseph Raia, Respondent, v Hubert Pototschnig, Appellant, et al., Defendants. [8 NYS3d 654]—

Order, Supreme Court, New York County (George J. Silver, J.), entered February 21, 2014, which, to the extent appealed from as limited by the briefs, granted plaintiff's motion for

summary judgment on his mortgage foreclosure claim against defendant Hubert Pototschnig, unanimously affirmed, with costs.

Plaintiff established prima facie his right to foreclosure by producing the mortgage documents, undisputed evidence of default, and a personal guaranty of payment of the mortgage note signed by defendant Pototschnig (*see Red Tulip, LLC v Neiva*, 44 AD3d 204, 209 [1st Dept 2007], *lv dismissed* 10 NY3d 741 [2008]). In opposition, defendant failed to raise a triable issue of fact as to his affirmative defenses. As the motion court found, the statutes governing pleading and notice requirements and mandating settlement conferences in foreclosure actions involving certain home loans are inapplicable to the instant action (*see* RPAPL 1302, 1303, 1304; CPLR 3408).

We have considered defendant's remaining contentions and find them unavailing. Concur—Tom, J.P., Friedman, Renwick, Moskowitz and DeGrasse, JJ.